ANDREW J. CONSTANTINE, Respondent, v. CHARLES F. MINER, Appellant.— Judgment and order reversed and new trial granted, with costs to abide the event, upon the grounds that the trial justice erred in denying defendant's motions to strike out at folios 64 and 68, and also, although without objection of defendant's counsel, in submitting to the jury the failure to give notice to plaintiff that the log was about to be moved, as a possible item or alternative of defendant's negligence. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

REGINA CRESCENT, Appellant, v. BRIDGET REDDY (*née* WHALEN) and Others, Respondents.— Order of the County Court of Westchester county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

In the Matter of the Application of the COMMISSIONERS OF THE PALISADES INTERSTATE PARK, Respondents, for the Condemnation of Certain Lands Situated in the Counties of Rockland and Orange, State of New York. IDA L. FRESE, Appellant. (Proceeding No. 5.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

WILLIAM H. KINNEARY, Respondent, v. IRENE E. PARRETT and Others, Defendants, Impleaded with CLINTON TRADING CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.